242

BRONSON A. BOOTH, PLAINTIFF-RESPONDENT, v. BOARD
OF ADJUSTMENT OF THE TOWNSHIP OF ROCKAWAY,
*ET ALS.*, DEFENDENTS-PETITIONERS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Paul R. Nusbaum,* for the petitioners.

*Messrs. Kasen, Schnitzer & Kasen* and *Mr. Waldron
Kraemer,* for the respondent.

May 17, 1966. Granted.

HELEN M. FULLERTON, *ET ALS.*, PLAINTIFFS-RESPON-
DENTS, v. GENEVIEVE FULLERTON NIEDLER, *ET AL.*,
DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Mrs. Genevieve Fullerton Nieder, in propria persona.*

*Mr. Thomas L. Hanson,* for the respondent.

May 17, 1966. Denied.

DOMINIC A. MAURIELLO, APPELLANT-PETITIONER, v.
DEPARTMENT OF CIVIL SERVICE, *ET AL.*, RESPON-
DENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Warren, Chasan, Leyner & Holland,* for the peti-
tioner.

*Mr. Arthur J. Sills,* and *Mrs. Marilyn Loftus Schauer,* for
the respondents.

May 17, 1966. Denied.